719 A.2d 1021

DOMINIC MARINELLI, ETC., ET AL., PLAINTIFFS–
PETITIONERS, v. K–MART CORPORATION, ET
AL., DEFENDANTS–RESPONDENTS.

October 15, 1998.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division to consider the choice of law issue raised by the parties and not addressed by the Appellate Division.